688 A.2d 107
IN THE MATTER OF JOSEPH A. PANEPINTO,
AN ATTORNEY AT LAW.

February 10, 1997.

## ORDER

JOSEPH A. PANEPINTO of JERSEY CITY, who was admitted to the bar of this State in 1970, having pleaded guilty to a federal information charging him with a felony, conspiracy to defraud a financial institution, in violation of 18 *U.S.C.A.* 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), JOSEPH A. PANEPINTO is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that JOSEPH A. PANEPINTO be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that JOSEPH A. PANEPINTO comply with *Rule* 1:20–20 dealing with suspended attorneys.